THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FERNANDO VEGA RODRIGUEZ, ADC #122104**             **PETITIONER**

v.             Case No. 5:19-cv-00077-KGB

**WENDY KELLEY**             **RESPONDENT**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney on June 20, 2019 (Dkt. No. 11). Judge Kearney recommends that petitioner Fernando Vega Rodriguez's petition for a writ of *habeas corpus* be dismissed with prejudice. No objections have been filed, and the time to file objections has passed. After careful consideration, the Court finds no reason to alter or reject Judge Kearney's conclusion.

Therefore, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 11). The Court dismisses with prejudice Mr. Rodriguez's petition for a writ of *habeas corpus* and denies the relief requested therein (Dkt. No. 2). The Court declines to issue a certificate of appealability.

It is so ordered this 10th day of April, 2020.

Kristine G. Baker
United States District Judge