THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FERNANDO VEGA RODRIGUEZ, ADC #122104**　　　　　　　　　　**PETITIONER**

**v.**　　　　　　　　**Case No. 5:19-cv-00077-KGB**

**WENDY KELLEY**　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Fernando Vega Rodriguez's petition for a writ of *habeas corpus* with prejudice and denies the requested relief.

It is so adjudged this 10th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge